168 P.3d 1018

# SUPREME COURT OF HAWAI'I

**October 5, 2007**

| | | |
|---|---|---|
| 27361 | N.M-O, In re | Affirmed |

**October 15, 2007**

| | | |
|---|---|---|
| 27545 | Peralto v. State | Affirmed |

**October 19, 2007**

| | | |
|---|---|---|
| 26613 | Shanghai Inv. Co., Inc. v. Alteka Co., Ltd. | Vacated and Remanded |